Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Jose Ignacio Solano-Guardado

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>      v.<br><br>Jose Ignacio Solano-Guardado,<br><br>      Defendant. | Case No. 2:23-mj-00198-DJA<br><br>**Stipulation and ~~Proposed~~ Order** |

**Stipulation**

Mr. Solano-Guardado was charged by complaint with two counts: (1) Reckless Driving (a violation of 36 C.F.R. § 4.2(b), referencing NRS § 484B.653(1)), and (2) Speeding (a violation of 36 C.F.R. § 4.21(c)). (ECF No. 1.)

Pursuant to a plea agreement (ECF No. 10), Mr. Solano-Guardado pleaded guilty to Count Two, and Count One was dismissed. (ECF No. 9.) The Court sentenced Mr. Solano-Guardado as follows: "Defendant is sentenced to one year unsupervised probation; $800.00 fine and $10.00 penalty assessment; attend and complete lower court DUI course and victim impact panel; complete sixteen (16) hour online alcohol awareness course; and restricted from Lake Mead National

1  Recreational Area for six months." (*Id.*) The Court set a status check for April 26,
2  2024. (*Id.*)

3  Mr. Solano-Guardado now has completed the special conditions of his
4  unsupervised probation. No sixteen-hour alcohol awareness course was available in
5  the Spanish language, so the parties agreed that Mr. Solano-Guardado would
6  complete an eight-hour alcohol awareness course (offered in Spanish) instead.

7  Accordingly, the parties jointly request that the Court find that Mr. Solano-
8  Guardado has completed the special conditions of his unsupervised probation and
9  vacate the status check set for August 9, 2024. The parties further request that the
10 Court set a deadline of October 4, 2024, for the parties to file a status report
11 regarding the expiration of Mr. Solano-Guardado's one-year term of unsupervised
12 probation.

13 Dated June 13, 2024.

Respectfully submitted,

| Rene L. Valladares | Jason Frierson |
| Federal Public Defender | United States Attorney |
| | |
| */s/ Rick Mula* | */s/ Skyler H. Pearson* |
| Rick Mula | Skyler H. Pearson |
| Assistant Federal Public Defender | Assistant United States Attorney |

**Order**

Based on the representations of counsel, the Court finds that Mr. Solano-Guardado has completed the special conditions of his unsupervised probation.

IT IS THEREFORE ORDERED that the status conference set for August 9, 2024, at 11:30 AM is vacated.

IT IS FURTHER ORDERED that the parties file a stipulation and proposed order no later than October 4, 2024, regarding the expiration of Mr. Solano-Guardado's one-year term of unsupervised probation.

DATED this 18th day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE