Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Rick A. Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

Attorney for Jose Ignacio Solano-Guardado

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Jose Ignacio Solano-Guardado,<br><br>　　　　　Defendant. | Case No. 2:23-mj-00198-DJA<br><br>**Joint Status Report and Stipulation** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Skyler H. Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Jose Ignacio Solano-Guardado, that Mr. Solano-Guardado successfully completed one year of unsupervised probation.

　　　1.　　Mr. Solano-Guardado has completed the special conditions of his unsupervised probation and one year term of unsupervised probation.

　　　2.　　Accordingly, the parties jointly request that Mr. Solano-Guardado's unsupervised probation be terminated.

DATED this 3rd day of October, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender<br>Attorney for Jose Ignacio Solano-Guardado | By */s/ Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-mj-00198-DJA |
| Plaintiff, | **Order** |
| v. | |
| Jose Ignacio Solano-Guardado, | |
| Defendant. | |

Based on the representations of counsel, and good cause appearing therefore, the Court finds that Mr. Solano-Guardado has successfully completed the special conditions of his unsupervised probation and one year term of unsupervised probation.

IT IS THEREFORE ORDERED that Mr. Solano-Guardado is no longer subject to unsupervised probation.

DATED this  4th  day of October, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3